IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**RENEY VALDEZ,**                          03:10-CV-657-BR

    **Plaintiff,**                   **JUDGMENT OF REMAND**

v.

**MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,**

    **Defendant.**

**BROWN, Judge.**

    Based on the Court's Opinion and Order (#13) issued June 23, 2011, the Court hereby **REMANDS** this matter to the above administrative agency for further administrative proceedings.

    DATED this 23rd day of June, 2011.

                                                    /s/ Anna J. Brown

                                                  ANNA J. BROWN
                                                  United States District Judge

1 - JUDGMENT OF REMAND